# PECHMAN LAW GROUP PLLC
ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

December 20, 2019

**VIA ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *Sosa v. Villa Barone Ristorante Inc., et al.*
19 Civ. 07519 (KPF) (RWL)

Dear Judge Failla:

We represent Plaintiff in the above-referenced matter and submit this letter jointly with counsel for Defendants. Pursuant to Your Honor's Individual Rules of Practice, the Parties request an adjournment of the initial pretrial conference that is currently scheduled for January 9, 2020. This is the first adjournment request made by either party. This request is being made because I will be out of the country on the currently scheduled conference date.

The Parties have conferred and confirm availability to attend the conference on the following alternate dates: January 24, 2020 or February 4, 6, 7, 2020. The Parties will also endeavor to make themselves available on any other date that Your Honor proposes.

We thank the Court for its time and consideration.

Respectfully submitted,

Laura Rodriguez

cc: Counsel of Record (via ECF)

Application GRANTED.  The initial pretrial conference is hereby ADJOURNED to February 10, 2020, at 3:00 p.m.

Dated: December 20, 2019
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE