UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTOR SOSA,<br><br>     Plaintiff,<br><br>   -v.-<br><br>VILLA BARONE RISTORANTE, INC.;<br>VILLA BARONE MANOR, INC.; ENRICO<br>PANICCIA; GIOVANNI CRECCO; and<br>JAMES BIANCHINI,<br><br>     Defendants. | 19 Civ. 7519 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  On January 2, 2020, the Court received notice from a mediator in the Court-annexed mediation program that an agreement was reached between the parties in this case on all issues. (Dkt. #26). Given that Plaintiff's claims have been brought pursuant to the Fair Labor Standards Act, any settlement between the parties must be approved by the Court in accordance with *Cheeks* v. *Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Therefore the Court ORDERS the parties to submit a proposed settlement and a motion for approval of the settlement pursuant to *Cheeks* no later than February 10, 2020.

  SO ORDERED.

Dated: January 10, 2020
    New York, New York

                             KATHERINE POLK FAILLA
                             United States District Judge